ORIGINAL

Benjamin K. Riley (112007)
Robin E. Dean (233444)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Joseph L. Buckley (*Pro Hac Vice* Application To Be Submitted)
Charles J. Falletta (*Pro Hac Vice* Application Herein Submitted)
**SILLS CUMMIS EPSTEIN & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Attorneys for Defendant
DICON FIBEROPTICS, INC.

E-Filing

RECEIVED
06 SEP 18 AM 10:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DICON FIBEROPTICS, INC., <br><br> Defendant. | Case No.: C 06-05056 PJH <br><br> ***PRO HAC VICE* APPLICATION OF CHARLES J. FALLETTA AND ORDER** |

I, Charles J. Falletta, declare:

1. My residence address is 606 Cumberland Street, Westfield, New Jersey, 07090. I am an associate in the law firm of Sills Cummis Epstein & Gross P.C., One Riverfront Plaza, Newark, New Jersey, (973) 643-7000.

2. I have been retained by DiCon Fiberoptics, Inc., a defendant in this action, and in association with Benjamin K. Riley of the law firm Howrey LLP, 525 Market Street, Suite 3600, San Francisco, California 94105, (415) 848-4900, who shall serve as co-counsel. Mr. Riley is a member in good standing of the bar of this Court.

3. I have been admitted to practice before the following courts on the following dates:

| Court | Date |
|---|---|
| New Jersey | 1996 |
| New York | 2000 |
| U.S. District Court (D.N.J.) | 1996 |
| U.S. District Court (S.D.N.Y.) | 2005 |
| U.S. District Court (E.D.N.Y.) | 2005 |

I am an active member in good standing in the Bars of such courts, and am not currently suspended or disbarred from practice in any court.

4. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

5. I respectfully request leave to appear *pro hac vice*, on behalf of Defendant DiCon Fiberoptics, Inc. in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of September, 2006, in Newark, New Jersey.

SILLS CUMMIS EPSTEIN & GROSS P.C.

Charles J. Falletta

-1-
PRO HAC VICE APPLICATION OF CHARLES J. FALLETTA AND ORDER

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

HOWREY LLP

Dated: September 15, 2006

_____
Benjamin K. Riley

## ORDER

Petition is hereby (✓) Granted   ( ) Denied.

Dated: 9/21/06

_____
The Honorable Phyllis J. Hamilton

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF SAN FRANCISCO    )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

On September 18, 2006, I served on the interested parties in said action the within:

**PRO HAC VICE APPLICATION OF CHARLES J. FALLETTA AND ORDER**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

| | |
|---|---|
| John H. Schmidt, Esq.<br>Lindabury McCormick & Estabrook PC<br>53 Cardinal Drive<br>P.O. Box 2369<br>Westfield, NJ 07091-2369<br>Tel: (908) 233-6800<br>Attorneys for Plaintiff Lucent Technologies Inc. | Joseph Lloyd Buckley<br>Sills Cummis Epstein & Gross PC<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102-5400<br>Tel: (973) 643-7000<br>Co-Counsel for Defendant Dicon Fiberoptics, Inc. |

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on September 18, 2006, at San Francisco, California.

_____        _____
Glenda R. Cayabyab                                      (Signature)
(Type or print name)

-1-