ORIGINAL

RECEIVED
05 SEP 18 AM 10: 56
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. THERN DISTRICT OF CALIF

1  Benjamin K. Riley (112007)
   Robin E. Dean (233444)
2  **HOWREY LLP**
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5

E-Filing

6  Joseph L. Buckley (*Pro Hac Vice* Application Herein Submitted)
7  Charles J. Falletta (*Pro Hac Vice* Application To Be Submitted)
   **SILLS CUMMIS EPSTEIN & GROSS P.C.**
8  One Riverfront Plaza
   Newark, New Jersey 07102
9  Telephone: (973) 643-7000
   Facsimile: (973) 643-6500
10

11 Attorneys for Defendant
   DICON FIBEROPTICS, INC.
12

13                    **UNITED STATES DISTRICT COURT**

14              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16 | LUCENT TECHNOLOGIES, INC.,          ) Case No.: C 06-05056 PJH

17              Plaintiff,               ) ***PRO HAC VICE* APPLICATION OF**
                                         ) **JOSEPH L. BUCKLEY AND ORDER**
18      v.                               )

19 DICON FIBEROPTICS, INC.,              )

20              Defendant.               )

21 _____ )

22

23

24

25

26

27

28

**HOWREY LLP**

─────────────────────────────────────────────────────────
                PRO HAC VICE APPLICATION OF JOSEPH L. BUCKLEY AND ORDER

DM_US\8396305.v1

1    I, Joseph L. Buckley, declare:

2        1.      My residence address is 58 Ox Bow Lane, Summit, New Jersey, 07901.  I am a partner

3   in the law firm of Sills Cummis Epstein & Gross P.C., One Riverfront Plaza, Newark, New Jersey,

4   (973) 643-7000.

5        2.      I have been retained by DiCon Fiberoptics, Inc., a defendant in this action, and in

6   association with Benjamin K. Riley of the law firm Howrey LLP, 525 Market Street, Suite 3600, San

7   Francisco, California 94105, (415) 848-4900, who shall serve as co-counsel.  Mr. Riley is a member in

8   good standing of the bar of this Court.

9        3.      I have been admitted to practice before the following courts on the following dates:

| Court | Date |
|---|---|
| New Jersey | 1978 |
| New York | 1979 |
| U.S. District Court (D.N.J.) | 1979 |
| U.S. District Court (E.D.N.Y.) | 1979 |
| U.S. District Court (S.D.N.Y.) | 1979 |
| U.S. Court of Appeals (Second Circuit) | 1981 |
| U.S. Court of Appeals (Third Circuit) | 1989 |
| U.S. Supreme Court | 1989 |

19       I am an active member in good standing in the Bars of such courts, and am not currently

20  suspended or disbarred from practice in any court.

21       4.      I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4,

22  and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this

23  Court.

24       5.      I respectfully request leave to appear *pro hac vice*, on behalf of Defendant DiCon

25  Fiberoptics, Inc. in this matter.

26  ///

27  ///

28

HOWREY LLP

-1-
PRO HAC VICE APPLICATION OF JOSEPH L. BUCKLEY AND ORDER

1         I declare under penalty of perjury under the laws of the United States that the foregoing is true

2   and correct. Executed this 15th day of September, 2006, in Newark, New Jersey.

3

4

5                                SILLS CUMMIS EPSTEIN & GROSS P.C.

6

7                                Joseph L. Buckley

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
PRO HAC VICE APPLICATION OF JOSEPH L. BUCKLEY AND ORDER

1

<u>CONSENT OF DESIGNEE</u>

2

I hereby consent to the foregoing designation.

3

4

HOWREY LLP

5

6

Dated:  September 15, 2006

Benjamin K. Riley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

-3-

PRO HAC VICE APPLICATION OF JOSEPH L. BUCKLEY AND ORDER

DM_US\8286206 v1

1

<u>ORDER</u>

2

Petition is hereby (✓) Granted   ( ) Denied.

3

4

Dated: 9/21/06

5

The Honorable Phyllis J. Hamilton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

-4-

PRO HAC VICE APPLICATION OF JOSEPH L. BUCKLEY AND ORDER

DM_US\8386305.v1

1  **PROOF OF SERVICE**

2

3  STATE OF CALIFORNIA        )
                              )  ss.:
4  COUNTY OF SAN FRANCISCO    )

5

6      I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 525 Market Street, Suite 3600, San Francisco, California  94105.

7

       On September 18, 2006, I served on the interested parties in said action the within:

8
       **PRO HAC VICE APPLICATION OF JOSEPH L. BUCKLEY AND ORDER**

9
       by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing
10     such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

11  | John H. Schmidt, Esq. | Joseph Lloyd Buckley |
    | Lindabury McCormick & Estabrook PC | Sills Cummis Epstein & Gross PC |
12  | 53 Cardinal Drive | The Legal Center |
    | P.O. Box 2369 | One Riverfront Plaza |
13  | Westfield, NJ  07091-2369 | Newark, NJ  07102-5400 |
    | Tel: (908) 233-6800 | Tel: (973) 643-7000 |
14  | Attorneys for Plaintiff Lucent Technologies Inc. | Co-Counsel for Defendant Dicon Fiberoptics, Inc. |

15  ☒  (MAIL) I am readily familiar with this firm's practice of collection and processing
        correspondence for mailing.  Under that practice it would be deposited with the U.S. postal
16      service on that same day in the ordinary course of business.  I am aware that on motion of party
        served, service is presumed invalid if postal cancellation date or postage meter date is more
17      than 1 day after date of deposit for mailing in affidavit.

18      I declare under penalty of perjury that I am employed in the office of a member of the bar of
    this Court at whose direction the service was made and that the foregoing is true and correct.
19
        Executed on September 18, 2006, at San Francisco, California.
20

21  _____        _____
          Glenda R. Cayabyab
22         (Type or print name)                        (Signature)

23

24

25

26

27

28

                                      -1-