1   SEYFARTH SHAW LLP
    Lawrence E. Butler (SBN: 111043)
2   E-mail:  lbutler@seyfarth.com
    Krista L. Mitzel (SBN: 221002)
3   E-mail: kmitzel@seyfarth.com
    560 Mission Street, Suite 3100
4   San Francisco, California 94105
    Telephone: (415) 397-2823
5   Facsimile: (415) 397-8549

6   Attorneys for Plaintiff and Counterdefendant
    LUCENT TECHNOLOGIES, INC.
7

8                       UNITED STATES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  LUCENT TECHNOLOGIES, INC.              )   Case No. C 06-05056 PJH
                                           )
11              Plaintiff,                 )   **STIPULATION TO EXTEND TIME TO**
                                           )   **FILE RESPONSIVE PLEADING AND**
12          v.                             )   **[~~PROPOSED~~] ORDER**
                                           )
13  DICON FIBEROPTICS, INC.                )   **[LOCAL RULE 6-1(A)]**
                                           )
14              Defendant.                 )
                                           )
15  _____   )
    DICON FIBEROPTICS, INC.                )
16                                         )
                Counterclaimant,           )
17                                         )
            v.                             )
18                                         )
    LUCENT TECHNOLOGIES, INC.              )
19                                         )
                Counterdefendant.          )
20                                         )
                                           )
21  _____   )

22  ///

23  ///

24  ///

25  ///

26  ///

27  //

28  //

STIPULATION TO CONTINUE TIME TO FILE RESPONSIVE PLEADING/Case No. C 06-05056

1    Pursuant to Local Rule 6-1(a), Plaintiff and Counterdefendant LUCENT

2  TECHNOLOGIES, INC. and Defendant and Counterplaintiff DICON FIBEROPTICS, INC.

3  hereby stipulate to extend the time in which Lucent may file their responsive pleading to January

4  5, 2007.

5  DATED: December 8, 2006                SEYFARTH SHAW LLP

6                                         By_____

7                                              Lawrence E. Butler
                                              Krista L. Mitzel
8
                                         Attorneys for Plaintiff and Counterdefendant
9                                        LUCENT TECHNOLOGIES, INC.

10  DATED: December 8, 2006               HOWREY LLP

11
                                         By_____
12                                            Benjamin K. Riley
                                              Matthew F. Greinert
13
                                         Attorneys for Defendant and Counterplaintiff
14                                       DICON FIBEROPTICS, INC.

15

16                                   **ORDER**

17    Pursuant to the stipulation of the parties, Lucent's responsive pleading will be due no

18  later than January 5, 2007.

19  DATED: December  12, 2006

20                                       _____
                                         Honorable Phyllis J. Hamilton
                                         United States District Court Judge
21

22                                       IT IS SO ORDERED

23                                       Judge Phyllis J. Hamilton

24

25

26

27

28
SF1 28270903.1
                                         2
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING/Case No.:  C 06-05056

1    Pursuant to Local Rule 6-1(a), Plaintiff and Counterdefendant LUCENT

2    TECHNOLOGIES, INC. and Defendant and Counterplaintiff DICON FIBEROPTICS, INC.

3    hereby stipulate to extend the time in which Lucent may file their responsive pleading to January

4    5, 2007.

5    DATED: December 6, 2006                      SEYFARTH SHAW LLP

6

7                                                 By_____
                                                        Lawrence E. Butler
                                                        Krista L. Mitzel
8
                                                  Attorneys for Plaintiff and Counterdefendant
9                                                 LUCENT TECHNOLOGIES, INC.

10   DATED: December 6, 2006                      HOWREY LLP

11

12                                                By_____
                                                        Benjamin K. Riley
                                                        Matthew F. Greinert
13
                                                  Attorneys for Defendant and Counterplaintiff
14                                                DICON FIBEROPTICS, INC.

15

16                                      **ORDER**

17        Pursuant to the stipulation of the parties, Lucent's responsive pleading will be due no

18   later than January 5, 2007.

19   DATED: December ___, 2006

20                                                _____
                                                  Honorable Phyllis J. Hamilton
                                                  United States District Court Judge
21

22

23

24

25

26

27

28
     SFI 28270903.1
     STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING/Case No.:  C 06-05056