Benjamin K. Riley (112007)
Matthew F. Greinert (239492)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
rileyb@howrey.com
greinertm@howrey.com

Joseph L. Buckley (*Pro Hac Vice*)
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102-5400
Telephone:     (973) 643-7000
Facsimile:      (973) 643-6500
jbuckley@sillscummis.com

Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff
DICON FIBEROPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC.,<br><br>             Plaintiff/Counterclaim Defendant,<br><br>     vs.<br><br>DICON FIBEROPTICS, INC.,<br><br>             Defendant/Counterclaim Plaintiff.<br><br>DICON FIBEROPTICS, INC.,<br><br>             Third-Party Plaintiff,<br><br>     vs.<br><br>SOLECTRON CORPORATION, INC.,<br><br>             Third-Party Defendant. | Case No. C 06-05056 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rule 6-2(a)] |

HOWREY LLP

Case No.  C 06-05056 PJH
STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

The initial Case Management Conference in this matter is currently scheduled for January 25, 2007, at 2:30 p.m.  Lucent Technologies, Inc. ("Lucent") and Solectron Corporation, Inc. ("Solectron") have requested and recently received extensions of time to respond to DiCon Fiberoptics, Inc.'s ("DiCon") pleadings filed on November 13, 2006.

On November 13, 2006, DiCon filed its Answer and Counterclaims responsive to Lucent's Complaint.  On December 8, 2006, Lucent filed a Stipulation and Proposed Order to Extend Time to File a Responsive Pleading.  On December 12, 2006, the Court granted the proposed Order, extending the time for Lucent's response to January 5, 2007.

On November 13, 2006, DiCon also filed a Third-Party Complaint against Solectron.  On December 5, 2006, Solectron filed a Stipulation Extending Time for Solectron's response to DiCon's Third-Party Complaint.  The stipulation extended the time for Solectron's response to January 12, 2007.

The only other extensions of time have occurred via stipulations between Lucent and DiCon concerning DiCon's time to respond to Lucent's Complaint.  Those stipulations were filed with the Court on September 21, 2006, October 13, 2006, and October 25, 2006, respectively.

Given that the pleadings are not yet finalized, the parties jointly request that the Case Management Conference be continued from January 25, 2007, to March 15, 2007.  Continuing the Case Management Conference will promote efficiency and judicial economy by providing time for the pleadings to be set before the parties plan and enter the discovery phase of this case.  Under the current schedule, the parties must complete their Rule 26 Conference by January 4, 2007 — before Lucent and Solectron respond to DiCon's Counterclaims or Third Party Complaint.  Also, the joint Case Management Conference Statement and Discovery Report is due on January 18, 2007, just six days after Solectron files its responsive pleading.  The parties believe that the Rule 26 meet and confer process and the subsequent scheduling for the case will proceed more efficiently if the pleadings are already finalized.

Accordingly, the parties submit this Stipulation, pursuant to Civil Local Rule 6-2(a), to continue the Case Management Conference to **March 15, 2007**, at **2:30 p.m**.

| | | |
|---|---|---|
| 1 | Dated: December 13, 2006 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: /s/ Lawrence E. Butler |
| 4 | | Lawrence E. Butler<br>Krista L. Mitzel |
| 5 | | Attorneys for Plaintiff/Counterclaim<br>Defendant |
| 6 | | LUCENT TECHNOLOGIES, INC. |
| 7 | Dated: December 13, 2006 | HOWREY LLP |
| 8 | | |
| 9 | | By: /s/ |
| 10 | | Benjamin K. Riley<br>Matthew F. Greinert |
| 11 | | |
| 12 | | Attorneys for Defendant/Counterclaim<br>Plaintiff/Third-Party Plaintiff |
| 13 | | DICON FIBEROPTICS, INC. |
| 14 | Dated: December __, 2006 | NIXON PEABODY LLP |
| 15 | | |
| 16 | | By: _____ |
| 17 | | Stephen G. Schrey |
| 18 | | Attorneys Specially Appearing for Third-<br>Party Defendant |
| 19 | | SOLECTRON CORPORATION, INC. |

| | | |
|---|---|---|
| 1 | Dated: December __, 2006 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Lawrence E. Butler |
| | | Krista L. Mitzel |
| 5 | | Attorneys for Plaintiff/Counterclaim Defendant |
| 6 | | LUCENT TECHNOLOGIES, INC. |
| 7 | Dated: December __, 2006 | HOWREY LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Benjamin K. Riley |
| | | Matthew F. Greinert |
| 11 | | |
| 12 | | Attorneys for Defendant/Counterclaim Plaintiff/Third-Party Plaintiff |
| 13 | | DICON FIBEROPTICS, INC. |
| 14 | Dated: December 13, 2006 | NIXON PEABODY LLP |
| 15 | | |
| 16 | | By: /s/ Stephen A. Schrey |
| | | Stephen G. Schrey |
| 17 | | |
| 18 | | Attorneys Specially Appearing for Third-Party Defendant |
| | | SOLECTRON CORPORATION, INC. |

Case No. C 06-05056 PJH
STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

-3-

1  **[PROPOSED] ORDER**

2  Pursuant to the foregoing stipulation of the parties, submitted under Civil Local Rule 6-2(a),

3  and good cause appearing therefor,

4  IT IS HEREBY ORDERED that the initial Case Management Conference in this matter is

5  continued to **March 15, 2007**, at **2:30 p.m**.

7  Dated: 12/14/06

Hon. Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

**HOWREY LLP**

Case No.  C 06-05056 PJH                                      -4-
STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE