```
 1  Benjamin K. Riley (112007)
    Matthew F. Greinert (239492)
 2  HOWREY LLP
    525 Market Street, Suite 3600
 3  San Francisco, California 94105
    Telephone: (415) 848-4900
 4  Facsimile: (415) 848-4999
    rileyb@howrey.com
 5  greinertm@howrey.com

 6  Attorneys for Defendant/Counterclaimant
    DICON FIBEROPTICS, INC.
 7
    Lawrence E. Butler (111043)
 8  Krista L. Mitzel (221002)
    SEYFARTH SHAW LLP
 9  560 Mission Street, Suite 3100
    San Francisco, California 94105
10  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
11  lbutler@seyfarth.com
    kmitzel@seyfarth.com
12
    Attorneys for Plaintiff/Counterdefendant
13  ALCATEL-LUCENT
```

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALCATEL-LUCENT,<br><br>Plaintiff,<br><br>vs.<br><br>DICON FIBEROPTICS, INC.,<br><br>Defendant.<br><br>DICON FIBEROPTICS, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ALCATEL-LUCENT,<br><br>Counterdefendant. | Case No. C 06-05056 PJH<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING HEARING AND BRIEFING; [PROPOSED] ORDER**<br><br>[Local Rules 6-1(b) & 6-2(a)] |

1   This Stipulation is entered into by and between Plaintiff/Counterdefendant Alcatel-Lucent ("Alcatel-Lucent") and Defendant/Counterclaimant DiCon Fiberoptics, Inc.'s ("DiCon"), by and through their respective attorneys of record, and is based on the following:

1. On January 4, 2007, Alcatel-Lucent filed a motion to dismiss DiCon's Counterclaim, with a hearing set for February 14, 2007.

2. DiCon's papers opposing this motion are currently due no later than January 24, 2007.

3. The parties have agreed to a two-week continuance of the hearing on the motion to dismiss, as well as with respect to the filing of the opposition and reply papers. Accordingly, the parties propose that the hearing on Alcatel-Lucent's motion to dismiss be held on February 28, 2007, with the opposition memorandum due on February 7, 2007, and the reply memorandum due on February 14, 2007.

4. The following changes of time have previously occurred in this case: an Order granted on December 14, 2006, extended the Initial Case Management Conference, and the related F.R.C.P. Rule 26 disclosure obligations, to March 15, 2007; an Order granted on December 12, 2006, extended the time for Alcatel-Lucent's response to DiCon's counterclaim to January 5, 2007; and the parties' stipulations (filed on September 21, October 13, and October 25, 2006), extended DiCon's time to respond to Alcatel-Lucent's Complaint until November 13, 2006.

5. The parties do not expect the requested two-week continuance of the motion to dismiss to have any other effect on the schedule for this case.

Accordingly, the parties respectfully request that the hearing date on Alcatel-Lucent's motion to dismiss be continued until **February 28, 2007**, with DiCon's papers opposing the motion due no later than **February 7, 2007**, and Alcatel-Lucent's reply papers due no later than **February 14, 2007**.

Dated: January 23, 2007   SEYFARTH SHAW LLP

By: /s/ Krista L. Mitzel
Lawrence E. Butler
Krista L. Mitzel

Attorneys for Plaintiff/Counterdefendant
ALCATEL-LUCENT

| | | |
|---|---|---|
| 1 | Dated: January 23, 2007 | HOWREY LLP |
| 2 | | |
| 3 | | By: /s/ Benjamin K. Riley |
| 4 | | Benjamin K. Riley |
| | | Matthew F. Greinert |
| 5 | | |
| 6 | | Attorneys for Defendant/Counterclaimant |
| | | DICON FIBEROPTICS, INC. |

HOWREY LLP

Case No. C 06-05056 PJH
STIPULATED REQUEST FOR ORDER CONTINUING
HEARING AND BRIEFING; [PROPOSED] ORDER

-3-

DM_US:20202147_3

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, and good cause shown therefor, the hearing on Alcatel-Lucent's motion to dismiss is hereby reset for **February 28, 2007, at 9:00 a.m.** DiCon's papers opposing the motion will be filed no later than **February 7, 2007**, and Alcatel-Lucent's reply papers will be filed no later than **February 14, 2007**.

IT IS SO ORDERED.

Dated: 1/29/07



Case No.  C 06-05056 PJH
STIPULATED REQUEST FOR ORDER CONTINUING
HEARING AND BRIEFING; [PROPOSED] ORDER

-4-

HOWREY LLP

DM_US:20202147_3