1  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN: 111043)
2  E-mail: lbutler@seyfarth.com
   Krista L. Mitzel (SBN: 221002)
3  E-mail: kmitzel@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Plaintiff and Counterdefendant
   LUCENT TECHNOLOGIES, INC.

7

8              UNITED STATES DISTRICT COURT

9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 LUCENT TECHNOLOGIES, INC.            ) Case No. C 06-05056 PJH
                                        )
11         Plaintiff,                   ) **STIPULATION TO SUBSTITUTE
                                        ) PARTY AND [P~~ROPOSE~~D] ORDER**
12      v.                              )
                                        )
13 DICON FIBEROPTICS, INC.              )
                                        )
14         Defendant.                   )
                                        )
15 ─────────────────────────────────────)
   DICON FIBEROPTICS, INC.              )
16                                      )
           Counterclaimant,             )
17                                      )
        v.                              )
18                                      )
   LUCENT TECHNOLOGIES, INC.            )
19                                      )
           Counterdefendant.            )
20                                      )
                                        )
21 ─────────────────────────────────────)

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO SUBSTITUTE PARTY AND [PROPOSED] ORDER/Case No. C 06-05056

1  Pursuant to Federal Rules of Civil Procedure, Rule 25(c), due to a recent merger between
2  Lucent Technologies, Inc. and Alcatel, Plaintiff and Counterdefendant LUCENT
3  TECHNOLOGIES, INC. and Defendant and Counterclaimant DICON FIBEROPTICS, INC.
4  hereby stipulate to substitute as Plaintiff and Counterdefendant Alcatel-Lucent in place of Lucent
5  Technologies, Inc. All pleadings and future correspondence in this matter should be updated
6  accordingly. This substitution in no way alters the claims of either party.

7  DATED: January 17, 2007                SEYFARTH SHAW LLP

8
9                                          By /s/ Lawrence E. Butler
                                              Lawrence E. Butler
                                              Krista L. Mitzel
10
11                                          Attorneys for Plaintiff and Counterdefendant
                                            LUCENT TECHNOLOGIES, INC.

12 DATED: January ___, 2007                HOWREY LLP

13
14                                          By_____
                                              Benjamin K. Riley
                                              Matthew F. Greinert
15
16                                          Attorneys for Defendant and Counterclaimant
                                            DICON FIBEROPTICS, INC.

17 DATED: January ___, 2007                NIXON PEABODY LLP

18
19                                          By_____
                                              Stephen G. Schrey
                                              Marcie A. Keenan
20
21                                          Attorneys for Third Party Defendant
                                            SOLECTRON CORPORATION

22
                                        **ORDER**
23
   Pursuant to the stipulation of the parties, Alcatel-Lucent will be substituted in as Plaintiff
24
   and Counterdefendant in this matter in place of Lucent Technologies, Inc.
25
   IT IS SO ORDERED.
26
   DATED: January ___, 2007
27
                                            _____
                                            Honorable Phyllis J. Hamilton
28                                          United States District Court Judge

SF1 28271389.1                              2
STIPULATION TO SUBSTITUTE PARTY AND [PROPOSED] ORDER/Case No.: C 06-05056

1  Pursuant to Federal Rules of Civil Procedure, Rule 25(c), due to a recent merger between
2  Lucent Technologies, Inc. and Alcatel, Plaintiff and Counterdefendant LUCENT
3  TECHNOLOGIES, INC. and Defendant and Counterclaimant DICON FIBEROPTICS, INC.
4  hereby stipulate to substitute as Plaintiff and Counterdefendant Alcatel-Lucent in place of Lucent
5  Technologies, Inc. All pleadings and future correspondence in this matter should be updated
6  accordingly. This substitution in no way alters the claims of either party.

7  DATED: January ___, 2007                SEYFARTH SHAW LLP

9                                          By_____
                                              Lawrence E. Butler
                                              Krista L. Mitzel

11                                          Attorneys for Plaintiff and Counterdefendant
                                            LUCENT TECHNOLOGIES, INC.

12 DATED: January _11_, 2007                HOWREY LLP

14                                          By_____
                                              Benjamin K. Riley
                                              Matthew F. Greinert

16                                          Attorneys for Defendant and Counterclaimant
                                            DICON FIBEROPTICS, INC.

17 DATED: January ___, 2007                 NIXON PEABODY LLP

19                                          By_____
                                              Stephen G. Schrey
                                              Marcie A. Keenan

21                                          Attorneys for Third Party Defendant
                                            SOLECTRON CORPORATION

**ORDER**

Pursuant to the stipulation of the parties, Alcatel-Lucent will be substituted in as Plaintiff and Counterdefendant in this matter in place of Lucent Technologies, Inc.

IT IS SO ORDERED.
DATED: ~~January~~ February 1, 2007

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1  Pursuant to Federal Rules of Civil Procedure, Rule 25(c), due to a recent merger between
2  Lucent Technologies, Inc. and Alcatel, Plaintiff and Counterdefendant LUCENT
3  TECHNOLOGIES, INC. and Defendant and Counterclaimant DICON FIBEROPTICS, INC.
4  hereby stipulate to substitute as Plaintiff and Counterdefendant Alcatel-Lucent in place of Lucent
5  Technologies, Inc. All pleadings and future correspondence in this matter should be updated
6  accordingly. This substitution in no way alters the claims of either party.

7  DATED: January ___, 2007                SEYFARTH SHAW LLP

8
                                           By_____
9                                              Lawrence E. Butler
                                                Krista L. Mitzel

10                                         Attorneys for Plaintiff and Counterdefendant
                                           LUCENT TECHNOLOGIES, INC.
11

12  DATED: January ___, 2007                HOWREY LLP

13
                                           By_____
14                                              Benjamin K. Riley
                                                Matthew F. Greinert

15                                         Attorneys for Defendant and Counterclaimant
                                           DICON FIBEROPTICS, INC.
16

17  DATED: January 12, 2007                NIXON PEABODY LLP

18
                                           By_____
19                                              Stephen G. Schrey
                                                Marcie A. Keenan

20
                                           Attorneys for Third Party Defendant
21                                         SOLECTRON CORPORATION

22                                **ORDER**

23  Pursuant to the stipulation of the parties, Alcatel-Lucent will be substituted in as Plaintiff
24  and Counterdefendant in this matter in place of Lucent Technologies, Inc.

25  IT IS SO ORDERED.
26
    DATED: January ___, 2007              _____
27                                        Honorable Phyllis J. Hamilton
                                          United States District Court Judge
28

SFI 28271389.1                          2
STIPULATION TO SUBSTITUTE PARTY AND [PROPOSED] ORDER/Case No.: C 06-05056