SEYFARTH SHAW LLP
Lawrence E. Butler (SBN: 111043)
E-mail: lbutler@seyfarth.com
Krista L. Mitzel (SBN: 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff and Counterdefendant
ALCATEL-LUCENT

NIXON PEABODY LLP
Stephen G. Schrey (SBN: 62680)
E-Mail: sschrey@nixonpeabody.com
Marcie A. Keenan (SBN: 177939)
E-Mail: mkeenan@nixonpeabody.com
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: (415) 984-8228
Facsimile: (415) 984-8300

Attorneys For Third-Party Defendant
SOLECTRON CORPORATION, INC.

HOWREY LLP
Benjamin K. Riley (SBN: 112007)
E-mail: RileyB@Howrey.com
Robin E. Dean (SBN: 233444)
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant and Counterplaintiff
DICON FIBEROPTICS, INC.

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCATEL-LUCENT,<br><br>    Plaintiff,<br><br>v.<br><br>DICON FIBEROPTICS, INC.<br><br>    Defendant.<br><br>DICON FIBEROPTICS, INC.<br><br>    Counterclaimant,<br><br>v.<br><br>ALCATEL-LUCENT,<br><br>    Counterdefendant. | Case No. C 06-05056 PJH<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND [~~PROPOSED~~] ORDER**<br><br>[LOCAL RULE 6-1(A)] |

1

1   Pursuant to Local Rule 6-1(a), Plaintiff and Counterdefendant ALCATEL-LUCENT ("Alcatel-Lucent") and Defendant and Counterplaintiff DICON FIBEROPTICS, INC. ("DiCon") hereby stipulate to extend the time in which Alcatel-Lucent may file its responsive pleading to DiCon's amended counterclaim from February 22, 2007 to March 16, 2007.

DATED: February 9, 2007                    SEYFARTH SHAW LLP

                                           By:    /s/ *Krista L. Mitzel*
                                                  Lawrence E. Butler
                                                  Krista L. Mitzel

                                           Attorneys for Plaintiff and Counterdefendant
                                           ALCATEL-LUCENT

DATED: February 9, 2007                    HOWREY LLP

                                           By_____
                                                  Benjamin K. Riley
                                                  Matthew F. Greinert

                                           Attorneys for Defendant and Counterplaintiff
                                           DICON FIBEROPTICS, INC.

DATED: February 9, 2007                    NIXON PEABODY LLP

                                           By_____
                                                  Stephen G. Schrey
                                                  Marcie A. Keenan

                                           Attorneys for Third-Party Defendant
                                           SOLECTRON CORPORATION, INC.

## ORDER

Pursuant to the stipulation of the parties, Alcatel-Lucent's responsive pleading will be due no later than March 16, 2007.

DATED: February 16 2007                    _____
                                           HONORABLE PJH
                                           UNITED STATES JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*

Pursuant to Local Rule 6-1(a), Plaintiff and Counterdefendant ALCATEL-LUCENT("Alcatel-Lucent") and Defendant and Counterplaintiff DICON FIBEROPTICS, INC. ("DiCon") hereby stipulate to extend the time in which Alcatel-Lucent may file its responsive pleading to DiCon's amended counterclaim from February 22, 2007 to March 16, 2007.

DATED: February 12, 2007                    SEYFARTH SHAW LLP

By: _____/s/ Krista L. Mitzel_____
    Lawrence E. Butler
    Krista L. Mitzel

Attorneys for Plaintiff and Counterdefendant
ALCATEL-LUCENT

DATED: February 12, 2007                    HOWREY LLP

By_____
    Benjamin K. Riley
    Matthew F. Greinert

Attorneys for Defendant and Counterplaintiff
DICON FIBEROPTICS, INC.

DATED: February 12, 2007                    NIXON PEABODY LLP

By_____
    Stephen G. Schrey
    Marcie A. Keenan

Attorneys for Third-Party Defendant
SOLECTRON CORPORATION, INC.

### ORDER

Pursuant to the stipulation of the parties, Alcatel-Lucent's responsive pleading will be due no later than March 16, 2007.

DATED: February ___, 2007

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE