| | |
|---|---|
| Benjamin K. Riley (112007) | Lawrence E. Butler (111043) |
| Matthew F. Greinert (239492) | Krista L. Mitzel (221002) |
| **HOWREY LLP** | **SEYFARTH SHAW LLP** |
| 525 Market Street, Suite 3600 | 560 Mission Street, Suite 3100 |
| San Francisco, California 94105 | San Francisco, California 94105 |
| Telephone: (415) 848-4900 | Telephone: (415) 397-2823 |
| Facsimile: (415) 848-4999 | Facsimile: (415) 397-8549 |
| rileyb@howrey.com | lbutler@seyfarth.com |
| greinertm@howrey.com | kmitzel@seyfarth.com |

Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff
DICON FIBEROPTICS, INC.

Attorneys for Plaintiff/Counterdefendant
ALCATEL-LUCENT

Stephen G. Schrey (62680)
Marcie A. Keenan (177939)
**NIXON PEABODY LLP**
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
sschrey@nixonpeabody.com
mkeenan@nixonpeabody.com

Attorneys for Third-Party Defendant
SOLECTRON CORPORATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALCATEL-LUCENT, | Case No. C 06-05056 PJH |
| Plaintiff/Counterclaim Defendant, | **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |
| vs. | |
| DICON FIBEROPTICS, INC., | |
| Defendant/Counterclaim Plaintiff. | |
| DICON FIBEROPTICS, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| SOLECTRON COPRORATION, INC, | |
| Third-Party Defendant. | |

Case No. C 06-05056 PJH
STIPULATION AND [PROPOSED] ORDER SELECTING
ADR PROCESS

DM_US:20229113

1   Counsel report that they have met and conferred regarding ADR and have reached the
2   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3   The parties agree to participate in the following ADR process:
4       **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
5           Early Neutral Evaluation (ENE) (ADR L.R. 5)
        Mediation (ADR L.R. 6)
6
7   (Note: Parties who believe that an early settlement conference with a Magistrate Judge is
8   appreciably more likely to meet their needs than any other form of ADR, must participate in an *ADR*
9   *phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone*
10  *Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
11      **Private Process:**
        **X**    Private ADR (please identify process and provider)
12
13          <u>Mediation, Judicial Arbitration and Mediation Services ("JAMS")</u>
14  The parties agree to hold the ADR session by:
        the presumptive deadline (The deadline is 90 days from the date of the order
15          referring the case to an ADR process unless otherwise ordered. )
16      **X**    other requested deadline:  <u>May 31, 2007</u>

Case No.  C 06-05056 PJH     -2-
STIPULATION AND [PROPOSED] ORDER SELECTING
ADR PROCESS

DM_US:20229113

Dated: February 22, 2007        SEYFARTH SHAW LLP

By:   /s/ Krista L. Mitzel
Lawrence E. Butler
Krista L. Mitzel

Attorneys for Plaintiff/Counterdefendant
ALCATEL-LUCENT

Dated: February 22, 2007        HOWREY LLP

By:   /s/ Matthew F. Greinert
Benjamin K. Riley
Matthew F. Greinert

Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff
DICON FIBEROPTICS, INC.

Dated: February 22, 2007        NIXON PEABODY LLP

By:   /s/ Marcie A. Keenan
Stephen G. Schrey
Marcie A. Keenan

Attorneys for Third-Party Defendant
SOLECTRON CORPORATION, INC.

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the stipulation above, Case No: C 06-05056 is hereby referred to:

3      Non-binding Arbitration

4      Early Neutral Evaluation (ENE)

5      Mediation

6  **X**    Private ADR

7  Deadline for ADR session

8      90 days from the date of this order

9  **X**    Other: <u>May 31, 2007</u>

10  IT IS SO ORDERED.

12  Dated: 2/23/07

    Hon.
    United

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
[Seal: United States District Court, Northern District of California]

Case No. C 06-05056 PJH
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

HOWREY LLP

DM_US:20229113