SEYFARTH SHAW LLP
Lawrence E. Butler (SBN: 111043)
E-mail: lbutler@seyfarth.com
Krista L. Mitzel (SBN: 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff and Counterdefendant
LUCENT TECHNOLOGIES INC.

NIXON PEABODY LLP
Stephen G. Schrey (SBN: 62680)
E-Mail: sschrey@nixonpeabody.com
Marcie A. Keenan (SBN: 177939)
E-Mail: mkeenan@nixonpeabody.com
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: (415) 984-8228
Facsimile: (415) 984-8300

Attorneys For Third-Party Defendant
SOLECTRON CORPORATION, INC.

HOWREY LLP
Benjamin K. Riley (SBN: 112007)
E-mail: RileyB@Howrey.com
Matthew Greinert (239492)
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant and Counterplaintiff
DICON FIBEROPTICS, INC.

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>    Plaintiff,<br><br>    v.<br><br>DICON FIBEROPTICS, INC.<br><br>    Defendant.<br>_____<br><br>DICON FIBEROPTICS, INC.<br><br>    Counterclaimant,<br><br>    v.<br><br>LUCENT TECHNOLOGIES INC.<br><br>    Counterdefendant.<br>_____ | Case No. C 06-05056 PJH<br><br>**SECOND STIPULATION TO SUBSTITUTE PARTY AND [PROPOSED] ORDER** |

1

1    Pursuant to Federal Rules of Civil Procedure, Rule 25(c), due to corporate structural

2    changes pertaining to merger discussions between Lucent Technologies Inc. and Alcatel,

3    Plaintiff and Counterdefendant ALCATEL-LUCENT, Defendant and Counterclaimant DICON

4    FIBEROPTICS, INC. and Third-Party Defendant SOLECTRON CORPORATION, INC. hereby

5    stipulate to substitute as Plaintiff and Counterdefendant Lucent Technologies Inc. in place of

6    Alcatel-Lucent.  All pleadings and future correspondence in this matter should be updated

7    accordingly.  This substitution in no way alters the claims of the parties.

8    DATED: February ___, 2007              SEYFARTH SHAW LLP

9

10                                          By_____
                                                Lawrence E. Butler
11                                              Krista L. Mitzel

12                                          Attorneys for Plaintiff and Counterdefendant
                                            LUCENT TECHNOLOGIES INC.

13   DATED:  February 23, 2007              HOWREY LLP

14                                          By _____
15                                              Benjamin K. Riley
                                                Matthew F. Greinert
16

17                                          Attorneys for Defendant and Counterplaintiff
                                            DICON FIBEROPTICS, INC.

18   DATED: February ___, 2007              NIXON PEABODY LLP

19

20                                          By_____
                                                Stephen G. Schrey
21                                              Marcie A. Keenan

22                                          Attorneys for Third-Party Defendant
                                            SOLECTRON CORPORATION, INC.

23
     **IT IS SO ORDERED**
24

25   DATED: _____, 2007

26                                          _____
                                            HONORABLE PHYLLIS J. HAMILTON
                                            UNITED STATES DISTRICT COURT JUDGE
27   SF1 28277931.1

28

1        Pursuant to Federal Rules of Civil Procedure, Rule 25(c), due to corporate structural

2   changes pertaining to merger discussions between Lucent Technologies Inc. and Alcatel,

3   Plaintiff and Counterdefendant ALCATEL-LUCENT, Defendant and Counterclaimant DICON

4   FIBEROPTICS, INC. and Third-Party Defendant SOLECTRON CORPORATION, INC. hereby

5   stipulate to substitute as Plaintiff and Counterdefendant Lucent Technologies Inc. in place of

6   Alcatel-Lucent.  All pleadings and future correspondence in this matter should be updated

7   accordingly.  This substitution in no way alters the claims of the parties.

8   DATED: February ___, 2007              SEYFARTH SHAW LLP

9

10                                         By_____
                                              Lawrence E. Butler
                                              Krista L. Mitzel
11
                                           Attorneys for Plaintiff and Counterdefendant
12                                         LUCENT TECHNOLOGIES INC.

13  DATED:  February ___, 2007             HOWREY LLP

14

15                                         By_____
                                              Benjamin K. Riley
                                              Matthew F. Greinert
16
                                           Attorneys for Defendant and Counterplaintiff
17                                         DICON FIBEROPTICS, INC.

18  DATED: February 22, 2007               NIXON PEABODY LLP

19

20                                         By_____
                                              Stephen G. Schrey
21                                            Marcie A. Keenan

                                           Attorneys for Third-Party Defendant
22                                         SOLECTRON CORPORATION, INC.

23

    **IT IS SO ORDERED**
24

25  DATED: _____, 2007           _____
                                           HONORABLE PHYLLIS J. HAMILTON
26                                         UNITED STATES DISTRICT COURT JUDGE

    SF1 28277931.1
27

28

                                       2
    STIPULATION TO SUBSTITUTE PARTY AND (PROPOSED) ORDER / Case No. C 06-05056

1    Pursuant to Federal Rules of Civil Procedure, Rule 25(c), due to corporate structural

2  changes pertaining to merger discussions between Lucent Technologies Inc. and Alcatel,

3  Plaintiff and Counterdefendant ALCATEL-LUCENT, Defendant and Counterclaimant DICON

4  FIBEROPTICS, INC. and Third-Party Defendant SOLECTRON CORPORATION, INC. hereby

5  stipulate to substitute as Plaintiff and Counterdefendant Lucent Technologies Inc. in place of

6  Alcatel-Lucent.  All pleadings and future correspondence in this matter should be updated

7  accordingly.  This substitution in no way alters the claims of the parties.

8  DATED: February 22, 2007                    SEYFARTH SHAW LLP

9
                                             By _____
10                                               Lawrence E. Butler
                                                 Krista L. Mitzel
11
                                             Attorneys for Plaintiff and Counterdefendant
12                                           LUCENT TECHNOLOGIES INC.

13  DATED:  February ___, 2007                HOWREY LLP

14
                                             By_____
15                                               Benjamin K. Riley
                                                 Matthew F. Greinert
16
                                             Attorneys for Defendant and Counterplaintiff
17                                           DICON FIBEROPTICS, INC.

18  DATED: February ___, 2007                 NIXON PEABODY LLP

19
                                             By_____
20                                               Stephen G. Schrey
                                                 Marcie A. Keenan
21
                                             Attorneys for Third-Party Defendant
22                                           SOLECTRON CORPORATION, INC.

23
    **IT IS SO ORDERED**
24

25  DATED: ___March 2_____, 2007

26                                           _____
                                             HONORABLE
27                                           UNITED STATES                 JUDGE
    SF1 28277931.1
                                             IT IS SO ORDERED
27
                                             Judge Phyllis J. Hamilton
28

                                             2