Benjamin K. Riley (112007)
Matthew F. Greinert (239492)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
rileyb@howrey.com
greinertm@howrey.com

Attorneys for Defendant/Counterclaimant
DICON FIBEROPTICS, INC.

Joseph L. Buckley (*Pro Hac Vice*)
**SILLS CUMMIS EPSTEIN & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
jbuckley@sillscummis.com

Attorneys for Defendant/Counterclaimant
DICON FIBEROPTICS, INC.

Lawrence E. Butler (111043)
Krista L. Mitzel (221002)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
lbutler@seyfarth.com
kmitzel@seyfarth.com

Attorneys for Plaintiff/Counterdefendant
LUCENT TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DICON FIBEROPTICS, INC., <br><br> Defendant. <br><br> ─────────────────── <br> DICON FIBEROPTICS, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> LUCENT TECHNOLOGIES, INC. <br><br> Counterdefendant. | Case No. C 06-05056 PJH <br><br> **STIPULATION TO ALLOW FILING OF DICON FIBEROPTICS, INC.'S AMENDED ANSWER; [PROPOSED] ORDER** |

1      This stipulation is entered into by and between Plaintiff/Counterdefendant Lucent
2  Technologies, Inc. ("Lucent") and Defendant/Counterclaimant DiCon Fiberoptics, Inc.'s ("DiCon"),
3  by and through their respective attorneys of record, and is based on the following:

4      1.     On November 13, 2006, DiCon filed an Answer and Counterclaim in response to
5  Lucent's Complaint. On February 2, 2007, DiCon filed an Amended Counterclaim.

6      2.     On March 8, 2007, the parties filed a Joint Case Management Conference Statement,
7  and thereafter participated in the Court's Case Management Conference on March 15, 2007.

8      3.     In connection with the Case Management Conference process, Lucent has set forth the
9  bases of its claims against DiCon with added specificity.

10     4.     DiCon desires to file an Amended Answer, in the form attached hereto as Exhibit 1, to
11  more fully respond to Lucent's claims and to plead additional affirmative defenses.

12     Pursuant to this stipulation, the parties hereby agree that DiCon may file its Amended Answer.

14  Dated: March 22, 2007          **HOWREY LLP**

15                                 **SILLS CUMMIS EPSTEIN & GROSS P.C.**

17                                 By: _____
18                                     Benjamin K. Riley
                                       Matthew F. Greinert

20                                 Attorneys for Defendant/Counterclaimant
                                   DICON FIBEROPTICS, INC.

22  Dated: March 22, 2007          **SEYFARTH SHAW LLP**

24                                 By: _____
25                                     Lawrence E. Butler
                                       Krista L. Mitzel

26                                 Attorneys for Plaintiff/Counterdefendant
                                   LUCENT TECHNOLOGIES, INC.

[~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties, DiCon may file its Amended Answer.

IT IS SO ORDERED.

Dated: 3/29/07

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*