| | |
|---|---|
| SEYFARTH SHAW LLP<br>Lawrence E. Butler (SBN: 111043)<br>E-mail: lbutler@seyfarth.com<br>Krista L. Mitzel (SBN: 221002)<br>E-mail: kmitzel@seyfarth.com<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Plaintiff and Counterdefendant<br>LUCENT TECHNOLOGIES INC.<br><br>NIXON PEABODY LLP<br>Stephen G. Schrey (SBN: 62680)<br>E-Mail: sschrey@nixonpeabody.com<br>Marcie A. Keenan (SBN: 177939)<br>E-Mail: mkeenan@nixonpeabody.com<br>Two Embarcadero Center, Suite 2700<br>San Francisco, CA 94111<br>Telephone: (415) 984-8228<br>Facsimile: (415) 984-8300<br><br>Attorneys For Third-Party Defendant<br>SOLECTRON CORPORATION | HOWREY LLP<br>Benjamin K. Riley (SBN: 112007)<br>E-mail: RileyB@Howrey.com<br>Matthew F. Greinert (SBN: 239492)<br>E-mail: GreinertM@Howrey.com<br>525 Market Street, Suite 3600<br>San Francisco, California 94105<br>Telephone: (415) 848-4900<br>Facsimile: (415) 848-4999<br><br>SILLS CUMMIS EPSTEIN & GROSS P.C.<br>Joseph L. Buckley (*Pro Hac Vice*)<br>E-mail: jbuckley@sillscummis.com<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5400<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500<br><br>Attorneys for Defendant, Counterclaim Plaintiff,<br>and Third-Party Plaintiff<br>DICON FIBEROPTICS, INC. |

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>   Plaintiff/Counterdefendant,<br><br>v.<br><br>DICON FIBEROPTICS, INC.<br><br>   Defendant/Counterclaimant.<br><br>DICON FIBEROPTICS, INC.<br><br>   Third-Party Plaintiff,<br>v.<br><br>SOLECTRON CORPORATION, INC.,<br><br>   Third-Party Defendant. | Case No. C 06-05056 PJH<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT PRIVATE MEDIATION** |

1

JOINT STIPULATION / CASE NO. C 06-05056 PJH

1    Pursuant to Local ADR Rule 6-5, Plaintiff and Counterclaim Defendant LUCENT
2    TECHNOLOGIES INC. ("Lucent"), Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff
3    DICON FIBEROPTICS, INC. ("DiCon"), and Third-Party Defendant SOLECTRON
4    CORPORATION ("Solectron") hereby submit this Joint Stipulation to Continue the Deadline To
5    Conduct Private Mediation.
6    WHEREAS, on February 22, 2007, the parties submitted a Stipulation and [Proposed]
7    Order Selecting ADR Process and opted for mediation. On February 23, 2007, the parties were
8    ordered to complete mediation by May 31, 2007. The parties are currently set to mediate before
9    the Honorable Fern M. Smith (ret.) of JAMS on Tuesday, June 12, 2007.
10   WHEREAS, due to the parties and mediator's schedules, June 12, 2007 was the first
11   mutually agreeable date for the mediation.
12   NOW THEREFORE IT IS HEREBY STIPULATED, by and between Plaintiff and
13   Defendants, through their respective counsel of record, and the parties respectfully request that
14   the Court order as follows:
15   1.   The parties must commence mediation no later than Tuesday, June 12, 2007.
16   IT IS HEREBY STIPULATED.

17   DATED: May 14, 2007                    SEYFARTH SHAW LLP

                                            By _____s/s_____
                                               Lawrence E. Butler
                                               Krista L. Mitzel

                                            Attorneys for Plaintiff and Counterdefendant
                                            LUCENT TECHNOLOGIES, INC.

23   DATED: May 14, 2007                    HOWREY LLP

                                            _____s/s_____
                                               Benjamin K. Riley
                                               Matthew F. Greinert

                                            Attorneys For Defendant, Counterclaim
                                            Plaintiff and Third-Party Plainitff
                                            DICON FIBEROPTICS, INC.

2

JOINT STIPULATION / CASE NO. C 06-05056 PJH

DATED: May 14, 2007

NIXON PEABODY LLP

_____s/s_____
Stephen G. Schrey
Marcie A. Keenan

Attorneys for Third-Party Defendant
SOLECTRON CORPORATION

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: _____05/15/07_____ 2007

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – Judge Phyllis J. Hamilton, signed]*