Benjamin K. Riley (112007)
Matthew F. Greinert (239492)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
rileyb@howrey.com
greinertm@howrey.com

Attorneys for Defendant/Counterclaimant
DICON FIBEROPTICS, INC.

Lawrence E. Butler (111043)
Krista L. Mitzel (221002)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
lbutler@seyfarth.com
kmitzel@seyfarth.com

Attorneys for Plaintiff/Counterdefendant
LUCENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DICON FIBEROPTICS, INC.,<br><br>Defendant.<br><br>DICON FIBEROPTICS, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>Counterdefendant. | Case No. C 06-05056 PJH<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING FILING OF SECOND AMENDED COUNTERCLAIM; [PROPOSED] ORDER**<br><br>[Local Rules 6-1(b) & 6-2(a)] |

HOWREY LLP

Case No. C 06-05056 PJH
STIPULATION RE FILING OF SECOND AMENDED
COUNTERCLAIM; [PROPOSED] ORDER

DM_US:20467301_1

1  This Stipulation is entered into by and between Plaintiff/Counterdefendant Lucent Technologies, Inc. ("Lucent") and Defendant/Counterclaimant DiCon Fiberoptics, Inc. ("DiCon"), by and through their respective attorneys of record, and is based on the following:

1. On May 10, 2007, this Court entered its Order Granting In Part And Denying In Part Motion To Dismiss Amended Counterclaim. Pursuant to that Order, DiCon has until Friday, June 8, 2007, by which to file its Second Amended Counterclaim, including amendments to the first, second and eighth counterclaims for breach of contract, breach of express warranty, and negligent misrepresentation.

2. The parties are currently preparing for a mediation to occur on June 12, 2007, before the Honorable Fern M. Smith, Retired, at JAMS. Mediation Briefs are currently scheduled to be exchanged on June 5, 2007.

3. In order that the parties may focus their efforts on the upcoming mediation, the parties have agreed to a two-week continuance of the time by which DiCon may file its Second Amended Counterclaim. Accordingly, the parties propose that DiCon be permitted to file its Second Amended Counterclaim on Friday, June 22, 2007.

4. The following changes of time have previously occurred in this case: an Order granted on February 16, 2007, extended the time for Lucent to respond to DiCon's Amended Counterclaim to March 16, 2007; an Order granted on January 29, 2007, continued the hearing on Lucent's first motion to dismiss DiCon's Counterclaim (which was later taken off calendar when DiCon filed its Amended Counterclaim) to February 28, 2007; an Order granted on December 14, 2006, extended the Initial Case Management Conference, and the related F.R.C.P. Rule 26 disclosure obligations, to March 15, 2007; an Order granted on December 12, 2006, extended the time for Lucent's response to DiCon's counterclaim to January 5, 2007; and the parties' stipulations (filed on September 21, October 13, and October 25, 2006), extended DiCon's time to respond to Lucent's Complaint until November 13, 2006.

5. The parties do not expect the requested two-week continuance of the time for DiCon to file its Second Amended Counterclaim to have any other effect on the schedule for this case.

Accordingly, the parties respectfully request that the DiCon be permitted to file its Second Amended Counterclaim on **June 22, 2007**.

Dated: May 31, 2007						SEYFARTH SHAW LLP

								By: */s/ Lawrence E. Butler*
								Lawrence E. Butler
								Krista L. Mitzel

								Attorneys for Plaintiff/Counterdefendant
								LUCENT TECHNOLOGIES, INC.

Dated: May 31, 2007						HOWREY LLP

								By: */s/ Matthew Greinert*
								Benjamin K. Riley
								Matthew F. Greinert

								Attorneys for Defendant/Counterclaimant
								DICON FIBEROPTICS, INC.

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, and good cause shown therefor, the time by which DiCon may file its Second Amended Counterclaim is hereby continued to **June 22, 2007**.

IT IS SO ORDERED.

Dated: 6/4/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. C 06-05056 PJH
STIPULATION RE FILING SECOND AMENDED
COUNTERCLAIM; [PROPOSED] ORDER

-4-

HOWREY LLP

DM_US:20467301_1