Benjamin K. Riley (112007)
Matthew F. Greinert (239492)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
rileyb@howrey.com
greinertm@howrey.com

Attorneys for Defendant/Counterclaimant
DICON FIBEROPTICS, INC.

Lawrence E. Butler (111043)
Krista L. Mitzel (221002)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
lbutler@seyfarth.com
kmitzel@seyfarth.com

Attorneys for Plaintiff/Counterdefendant
LUCENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>DICON FIBEROPTICS, INC.,<br><br>    Defendant.<br>――――――――――――――――<br>DICON FIBEROPTICS, INC.,<br><br>    Counterclaimant,<br><br>    vs.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>    Counterdefendant. | Case No. C 06-05056 PJH<br><br>**SECOND STIPULATED REQUEST FOR ORDER CONTINUING FILING OF SECOND AMENDED COUNTERCLAIM PENDING SETTLEMENT;** [~~PROPOSED~~] **ORDER**<br><br>[Local Rules 6-1(b) & 6-2(a)] |

This Stipulation is entered into by and between Plaintiff/Counterdefendant Lucent Technologies, Inc. ("Lucent") and Defendant/Counterclaimant DiCon Fiberoptics, Inc. ("DiCon"), by and through their respective attorneys of record, and is based on the following:

1. On May 10, 2007, this Court entered its Order Granting In Part And Denying In Part Motion To Dismiss Amended Counterclaim. Pursuant to that Order, DiCon had until Friday, June 8, 2007, by which to file its Second Amended Counterclaim, including amendments to the first, second and eighth counterclaims for breach of contract, breach of express warranty, and negligent misrepresentation.

2. On June 4, 2007, the Court entered its Order continuing until June 22, 2007, the date by which DiCon must file its Second Amended Counterclaim. This Order was issued pursuant to the stipulation of the parties in order that the parties could focus their efforts on the mediation to occur on June 12, 2007, before the Honorable Fern M. Smith, Retired, at JAMS.

3. The parties are pleased to report to the Court that pursuant to efforts of Judge Smith and the parties, they have reached a settlement in principle of this entire case. The parties are currently preparing a written Settlement Agreement to confirm the terms of the settlement, and expect that process to take approximately two to three weeks. After completion and execution of the Settlement Agreement, the parties expect to submit a stipulation for dismissal of this entire action with prejudice.

4. Accordingly, in order that the parties may focus their efforts on documenting and completing the settlement of this case, the parties have agreed to an additional two month continuance of the time by which DiCon must file its Second Amended Counterclaim. Thus, the parties propose that DiCon be permitted until Wednesday, August 22, 2007, by which to file its Second Amended Counterclaim.

5. The following changes of time have previously occurred in this case: the Order entered on June 4, 2007, granted DiCon until June 22, 2007, by which to file its Second Amended Counterclaim; an Order granted on February 16, 2007, extended the time for Lucent to respond to DiCon's Amended Counterclaim to March 16, 2007; an Order granted on January 29, 2007, continued the hearing on Lucent's first motion to dismiss DiCon's Counterclaim (which was later taken off

1  calendar when DiCon filed its Amended Counterclaim) to February 28, 2007; an Order granted on
2  December 14, 2006, extended the Initial Case Management Conference, and the related F.R.C.P. Rule
3  26 disclosure obligations, to March 15, 2007; an Order granted on December 12, 2006, extended the
4  time for Lucent's response to DiCon's counterclaim to January 5, 2007; and the parties' stipulations
5  (filed on September 21, October 13, and October 25, 2006), extended DiCon's time to respond to
6  Lucent's Complaint until November 13, 2006.

Accordingly, the parties respectfully request that the DiCon be permitted until **August 22, 2007,** by which to file its Second Amended Counterclaim, so that in the meantime the parties can document and complete their settlement.

Dated:  June 20, 2007

**SEYFARTH SHAW LLP**

By: _____
Lawrence E. Butler
Krista L. Mitzel

Attorneys for Plaintiff/Counterdefendant
LUCENT TECHNOLOGIES, INC.

Dated:  June 20, 2007

**HOWREY LLP**

By: _____
Benjamin K. Riley
Matthew F. Greinert

Attorneys for Defendant/Counterclaimant
DICON FIBEROPTICS, INC.

Case No.  C 06-05056 PJH
2ND STIPULATION RE FILING SECOND AMENDED
COUNTERCLAIM; [PROPOSED] ORDER

-3-

DM_US:20527777_1

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Pursuant to the stipulation of the parties, and good cause shown therefor, the time by which |
| 3 | DiCon may file its Second Amended Counterclaim is hereby continued to **August 22, 2007**. |
| 4 | IT IS SO ORDERED. |
| 6 | Dated: 6/27/07 |

*[Signed]* Hon. Phyllis J. Hamilton

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
(United States District Court, Northern District of California seal)