1  Benjamin K. Riley (112007)
   Matthew F. Greinert (239492)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, California 94105
   Telephone:   (415) 848-4900
4  Facsimile:   (415) 848-4999
   rileyb@howrey.com
5  greinertm@howrey.com

6  Joseph L. Buckley (*Pro Hac Vice*)
   SILLS CUMMIS EPSTEIN & GROSS P.C.
7  One Riverfront Plaza
   Newark, New Jersey 07102-5400
8  Telephone:   (973) 643-7000
   Facsimile:   (973) 643-6500
9
   Attorneys for Defendant/Counterclaimant/
10 Third Party Plaintiff
   DICON FIBEROPTICS, INC.
11

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., | ) Case No. C 06-05056 PJH |
|   Plaintiff, | ) |
|   vs. | ) |
| DICON FIBEROPTICS, INC., | ) **STIPULATION FOR DISMISSAL WITH** |
|   Defendant. | ) **PREJUDICE AND [P~~ROPOSE~~D] ORDER** |
| | ) **THEREON** |
| DICON FIBEROPTICS, INC., | ) |
|   Counterclaimant, | ) |
|   vs. | ) |
| LUCENT TECHNOLOGIES, INC., | ) |
|   Counterdefendant. | ) |
| DICON FIBEROPTICS, INC., | ) |
|   Third-Party Plaintiff, | ) |
|   vs. | ) |
| SOLECTRON CORPORATION, INC., | ) |
|   Third-Party Defendant. | ) |

DM_US:20593799_1

## STIPULATION

IT IS HEREBY STIPULATED by and among Plaintiff/Counterdefendant Lucent Technologies, Inc. ("Lucent"), Defendant/Counterclaimant/Third-Party Plaintiff DiCon Fiberoptics, Inc. ("DiCon"), and Third-Party Defendant Solectron Corporation, Inc. ("Solectron"), by and through their respective counsel of record, as follows:

Pursuant to a Settlement Agreement between Lucent and DiCon and a separate Settlement Agreement between DiCon and Solectron, this entire action, including any and all claims, counterclaims and third party claims asserted by or among the parties, shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: August 20, 2007

HOWREY LLP

SILLS CUMMIS EPSTEIN & GROSS P.C.

By: _____
Benjamin K. Riley

Attorneys for Defendant/Counterclaimant/
Third-Party Plaintiff
DICON FIBEROPTICS, INC.

Dated: August 20, 2007

SEYFARTH SHAW LLP

By: _____
Lawrence E. Butler

Attorneys for Plaintiff/Counterdefendant
LUCENT TECHNOLOGIES, INC.

Dated: August 21, 2007

NIXON PEABODY LLP

By: _____
Marcie A. Keenan

Attorneys for Third-Party Defendant
SOLECTRON CORPORATION, INC.

| | |
|---|---|
| 1 | **[Proposed] ORDER** |

Pursuant to the stipulation of the parties, and good cause shown therefor, it is hereby ordered that this entire action, and all of the claims asserted therein by or among the parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 8/21/07

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / signature / Judge Phyllis J. Hamilton]*